ance Plans et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–1056.  EMC MORTGAGE CORP. *v.* STARK ET UX.  C. A. 8th Cir.  Motion of Chamber of Commerce of the United States of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–1233.  BUTLER ET AL. *v.* FEDERAL AVIATION ADMINISTRATION.  C. A. D. C. Cir.  Motion of AGE60Tule.com (Samuel D. Woolsey) for leave to file a brief as *amicus curiae* denied. Certiorari denied.

No. 04–8854.  BUTTS *v.* CHERRY, SUPERINTENDENT, HAMPTON ROADS REGIONAL JAIL, ET AL.  C. A. 4th Cir.  Certiorari before judgment denied.

No. 04–766.  LAMERS DAIRY, INC. *v.* DEPARTMENT OF AGRICULTURE, *ante*, p. 904;

No. 04–7400.  STEVENSON *v.* BOYETTE, SUPERINTENDENT, NASH CORRECTIONAL INSTITUTION, 543 U. S. 1126;

No. 04–7555.  COVEY *v.* NATURAL FOODS, INC., 543 U. S. 1158;

No. 04–7640.  WOOTEN *v.* ST. FRANCIS MEDICAL CENTER, 543 U. S. 1161;

No. 04–7687.  TOMOSON *v.* MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, 543 U. S. 1163;

No. 04–7714.  MCGRAW *v.* CAIN, WARDEN, 543 U. S. 1164;

No. 04–7733.  JABAAY *v.* JABAAY ET AL., 543 U. S. 1164;

No. 04–7753.  SIMMONS *v.* MALONE ET AL., 543 U. S. 1165;

No. 04–7887.  MCDANIEL *v.* CRIST, ATTORNEY GENERAL OF FLORIDA, ET AL., *ante*, p. 906;

No. 04–8002.  VALLE *v.* GEORGIA DEPARTMENT OF CORRECTIONS, 543 U. S. 1191;

No. 04–8003.  HURST *v.* TRW, INC., *ante*, p. 909;

No. 04–8123.  HASTINGS *v.* UNITED STATES, 543 U. S. 1174;

No. 04–8202.  GRICCO *v.* UNITED STATES, 543 U. S. 1175;

No. 04–8284.  LEACH *v.* OHIO, *ante*, p. 930;

No. 04–8377.  POGGEMILLER *v.* UNITED STATES, *ante*, p. 911; and

No. 04–8555.  ADAMSON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, *ante*, p. 913.  Petitions for rehearing denied.